UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WISE FOODS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Civil Action File No. 2:21-cv-03258 |
| UFCW HEALTH AND WELFARE | ) | |
| FUND OF NORTHEASTERN | ) | |
| PENNSYLVANIA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER DISMISSING CASE WITH PREJUDICE

This matter comes before the Court on the Stipulation of Dismissal filed by the parties. Having considered the matter, and being duly advised, the Court now DISMISSES this case, in its entirety, with prejudice. Each party is responsible for its own attorney's fees and costs.

IT IS SO ORDERED this  21st  day of    September           , 2022.

                                               */s/ Mitchell S. Goldberg*
                                               Judge, United States District Court

Distribution: To All Counsel of Record

DMS 23287803.1